# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03304-NYW

HOWARD COHAN,

    Plaintiff,

v.

EVANS MANAGEMENT LLC,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ Gloria Y. Saad
By:  Gloria Y. Saad
    Blackmore Law PLC
    Attorney for Plaintiff
    21411 Civic Center Drive, Suite 200
    Southfield, MI 48076
    P: (248) 845-8594
    E: gsaad@blackmorelawplc.com
    P83131

Dated: February 11, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE on all ECF participants via the court's CM/ECF system.

*/s/ Gloria Y. Saad*
Gloria Y. Saad